UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| RAY RAWLINS, | ) | No. 4:22-cv-03928-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 20th day of November, 2023, upon consideration of the Parties' STIPULATION, it is hereby,

ORDERED that, pursuant to the Equal Access to Justice Act ("EAJA"), Plaintiff, Ray Rawlins, is awarded attorney fees in the amount of Seven Thousand One Hundred Fifty Dollars and 00/100 Cents ($7,150.00), and costs in the amount of Three Hundred Fifty Dollars and 00/100 Cents ($350.00) under 28 U.S.C. § 2412(a), (d) of the EAJA.  This award will be paid directly to Plaintiff, Ray Rawlins, and sent to the business address of Plaintiff's counsel.  Full or partial remittance of the stipulated award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the stipulated award in this Order to the extent necessary to satisfy such debt(s).

November 20, 2023
Florence, South Carolina

s/R. Bryan Harwell
R. Bryan Harwell
Chief United States District Judge